FILED

2006 APR 24  P 3:32

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARREN CHRISTOPHER HARRIS,

    Petitioner,

vs.

DIRECTOR OF CORRECTIONS,

    Respondent.

No C 06-2350 VRW (PR)

ORDER OF TRANSFER

      Petitioner seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of Los Angeles, which lies within the venue of the Central District of California, Western Division. See 28 USC § 84(c)(2). Petitioner is incarcerated at California State Prison, Los Angeles County, which also lies within the venue of the Central District of California. See id.

      Venue is proper in a habeas action in either the district of conviction or the district of confinement, see id § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas LR 2254-3(a); Dannenberg v Ingle, 831 F Supp 767, 767 (ND Cal 1993).

      Because the County of Los Angeles lies in the Central District of California, Western Division, the court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

      The clerk shall transfer this matter and terminate all pending motions as moot.

      SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge